PER CURIAM.
Affirmed. See Canell v. Arcola Housing Corp., 65 So.2d 849, 851 (Fla.1953); National Aircraft Servs., Inc. v. Aeroserv Int’l Inc., 544 So.2d 1063 (Fla. 3d DCA 1989); Electronic Sec. Sys. Corp. v. Southe *1073 rn Bell Tel & Tel. Co., 482 So.2d 518, 519 (Fla. 3d DCA 1986); Century 21 Admiral’s Port, Inc. v. Walker, 471 So.2d 544 (Fla. 3d DCA 1985); MJZ Corp. v. Gulfstream First Bank & Trust, 420 So.2d 396 (Fla. 4th DCA 1982); Broward Nat’l Bank v. Bethel, 341 So.2d 1012 (Fla. 4th DCA 1977). See also Metcalf v. Leedy, Wheeler & Co., 140 Fla. 149, 191 So. 690, 692 (1939).